No. 643. LEE YOU FEE *v.* DULLES, SECRETARY OF STATE. C. A. 7th Cir. Certiorari granted. *Jack Wasserman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 586, Misc. CICENIA *v.* LAGAY, SUPERINTENDENT, NEW JERSEY PRISON FARM. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application. Petitioner *pro se. Charles V. Webb, Jr.* and *C. William Caruso* for respondent.

No. 707, Misc. CROOKER *v.* CALIFORNIA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of California granted limited to questions 1 and 2 presented by the petition for the writ which read as follows:

"1. Was the defendant denied due process of law by the refusal of the investigation officers to allow him to consult with an attorney upon demand being made to do so while he was in custody?

"2. Was the defendant denied due process of law by the admission into evidence of a confession which was taken from him while in custody and after he had been in such custody for fourteen hours and had not been allowed to consult with his attorney?"